UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. _04-40031-FDS_ |
| | ) | VIOLATIONS: |
| | ) | |
| | ) | 18 U.S.C. §1028(a)(2) |
| VALDINA ARIES SANTOS, | ) | (Transfer of False |
| | ) | United States |
| | ) | Identification Documents |
| Defendant | ) | |
| | ) | 18 U.S.C.§1546(a) |
| | ) | (Fraud and Misuse of |
| | ) | Documents) |
| | ) | |
| | ) | 18 U.S.C.§2 |
| | ) | (Aiding and Abetting) |

**INFORMATION**

COUNTS ONE-FIVE
18 U.S.C. §1028(a)(2)
(Transfer of False United States Identification Documents)

The United States Attorney charges as follows:

On or about the dates listed below, at Worcester County, in

the District of Massachusetts,

**VALDINA ARIES SANTOS**

the defendant herein, did knowingly transfer false United States

identification documents, to wit, counterfeit social security

account number cards and counterfeit alien registration cards,

knowing that such documents were produced without lawful

authority.

| COUNT | DATE | DOCUMENTS |
|-------|------|-----------|
| ONE | April 19, 2004 | four social security account number cards and four alien registration cards |
| TWO | September 15, 2004 | five social security account number cards and five alien registration cards |
| THREE | September 24, 2004 | seven social security account number cards and seven alien registration cards |
| FOUR | October 29, 2004 | four social security account number cards and four alien registration cards |
| FIVE | November 21, 2004 | one social security account number card and one alien registration card |

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

### COUNT SIX
### 18 U.S.C. §1546(a)
### (Fraud and Misuse of Documents)

The United States Attorney further charges:

On or about December 8, 2004, at Worcester, in the District of Massachusetts,

### VALDINA ARIES SANTOS

the defendant herein, did knowingly possess documents prescribed by statute or regulation as evidence of authorized stay or employment in the United States, to wit, four social security account number cards and four alien registration cards, knowing such documents to have been forged, counterfeited, altered, and falsely made.

All in violation of Title 18, United States Code, Section 1546(a) and Title 18, United States Code, Section 2.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds the following:

That the offenses charged in Counts One through Six involved at least 25 documents relating to naturalization, citizenship or legal residence status, as described in USSG §2L2.1(b)(2)(B).


MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL G. CASEY
Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:** ___Worcester___    **Category No.** ___IV___    **Investigating Agency** ___ICE___

**City** ___Worcester, Shrewsbury,___    **Related Case Information:**

**County** ___Worcester___

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant | New Defendant _____ |
| Magistrate Judge Case Number | _04-1834-CBS_ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name** ___Valdina Aries Santos___    Juvenile ☐ Yes  ☒ No

**Alias Name** ___Dina___

**Address** _____

**Birth date (Year only):** _____ **SSN (last 4 #):** _____ **Sex** ___ **Race:** _____ **Nationality:** ___Brazilian___

**Defense Counsel if known:** ___Beverly Chorbajian___    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** ___Paul Casey___    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** ___Portugese___

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** ___12-8-04___

☒ Already in Federal Custody as ___defendant___ in ___Wyatt Detention Center___ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony ___6___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _____    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Valdina Aries Santos _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028(a)(2) | transfer of  fraudulent identification documents | 1-5 |
| Set 2 | 18 U.S.C. § 1426(b) | fraud and misuse of forged documents | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**