Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. ~~04-1834~~ |
| v. ) | 04-40031 |
| ) | |
| VALDINA ARIES SANTOS ) | |

## WAIVER OF INDICTMENT

I, **VALDINA ARIES SANTOS**, the above-named defendant, who is accused of knowingly and without lawful authority, transferring false United States identification documents, to wit, 21 sets of counterfeit social security account number cards and counterfeit alien registration cards, during a time period from August 19, 2004 through November 21, 2004 in violation of 18 U.S.C. § 1028(a)(1) and Title 18, United States Code, Section 2; and knowingly possessing forged, counterfeited and falsely made documents which purport to be prescribed by statute or regulation as evidence of authorized stay or employment in the United States, in violation of 18 U.S.C. § 1546(a) and 2, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on February 3, 2005 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer
2/4/05