Your Honorable Judge Dennis Saylor II,

I can't seem to [illegible] [illegible] - 21 K [illegible] 30 [illegible] that I've written to my lawyer three times and she has not answered me. I need to know if I need a lawyer to handle my immigration matters. I recently signed my deportation papers. It's important to me to see my daughter graduate in November. If there's any way you can help, I'd really appreciate a letter in return, or maybe you could send me a letter that would inform me on how to handle this matter.

Thank-You.
Sincerely,
Valdina Santos

Valdina Santos
8-12-04 — Date of Arrest
12-24-64 — D.O.B.
Worcester, MA. — Place of Arrest.